**LINKS:  3, 6, 9, 12, 15, 17, 18**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-6076 GAF (JWJx) | Date | January 4, 2008 |
|---|---|---|---|
| Title | Apple v. LJ International Inc. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

### ORDER CONTINUING HEARING

The Court received six motions for consolidation and for appointment of lead plaintiff in this putative class action brought for alleged violations of the Securities Exchange Act.  Because of the Court's need to manage its own docket, the hearings on the motions for consolidation and appointment of lead counsel set for Monday, January 7, 2008 are hereby **CONTINUED** to **Monday, January 28, 2008 at 9:30 a.m**.  Fed. R. Civ. P. 78.

IT IS SO ORDERED.

_____ : _____

Initials of
Preparer

_____