# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-06076-GAF (JWJx) | Date | October 19, 2009 |
|---|---|---|---|
| Title | Richard Apple v. LJ International Inc. et al<br>In Re LJ International, Inc. Security Litigation. | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | Lisa Gonzalez | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey M. Haber<br>Peter A. Binkow | Dan E Marmalefsky |

**Proceedings:** MOTIONS HEARING (Non-Evidentiary) (Held & Completed)

1) FINAL APPROVAL OF SETTLEMENT (filed 9/4/09) [82]

2) MOTION FOR ATTORNEYS FEES (filed 9/4/09) [83]

Matter called. Counsel state their appearances for the record. The Court states the ruling to approve the settlement as stated in court and on the record on above motions.

A written order to follow.

IT IS SO ORDERED.

00 : 06

Initials of Preparer   rf